# Court of Appeals
# of the State of Georgia

ATLANTA, April 15, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0913. DRIVERS ONE AUTOMOTIVE, INC. et al v. JAMES O'DELL.**

James O'Dell filed suit against Patrick Pettis and Drivers One Automotive, Inc. The defendants failed to answer the complaint, and O'Dell moved for entry of a default judgment. Pettis then filed a motion to open default. The trial court denied the motion, and the defendants filed this direct appeal. We, however, lack jurisdiction.

Although the trial court denied the motion to open default, the court has not yet entered a final judgment in this case. Consequently, to obtain appellate review at this time, the defendants were required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). See *Neal v. State*, 182 Ga. App. 37 (354 SE2d 664) (1987); *Attridge v. Maines*, 174 Ga. App. 472, 473 (330 SE2d 409) (1985). Because the defendants failed to follow the interlocutory appeal procedures, we lack jurisdiction to consider this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/15/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*